UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JH

**Plaintiff(s)** Stanley Brzozowski
P.O Box 143
Winthrop Harbor Ill
60096-0143

V.

**Defendant(s)**

Piotr W. ZDRZAIKA
Violetta ZDRZAIKA
(AKA) Violetta DIERL
(AKA) Violetta Pierzchawka

Case No. United States District Court
Northern District of Illinois
Easter Division

07CV6201
JUDGE KENNELLY
MAG. JUDGE NOLAN

**COMPLAINT**

FILED
J.N
NOV X 2 2007
NOV. 2, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

1) On February 21, 2006. I was at my wife's Camy Brzozowski's Apartment. 2450 N. Leclaire 1st floor Chicago Ill 60639

2) To take my Daughter Lisa Brzozowski to school

3) When I was falsely Arrested for Ass-Assuart. By Piotr W. ZDRZAIKA Violetta ZDRZAIKA During which time I was incarcerated.

4) There was over a hundred-thousand dollars worth of Power-Tools, Gun-Ammuntion, Guns that were taken Because of Piotr W. ZDRZAIKA False Police-Report Violetta ZDRZAIKA

5) I lost everything, Therefore I am asking this Court for the amount of $500,000 Thousand-Dollars, For what I lost - False-Police Report - Slandering of my Name. Loss wages

X [signature]
P.O Box 143
Winthrop Harbor Illinois
60096-0143

Nov 2, 2007