07CV6201
JUDGE KENNELLY
MAG. JUDGE NOLAN

*JH*

**FILED**

J.N

NOV X 2 2007
*Nov. 2, 2007*
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Stanley Brzozowski
(Please print)

STREET ADDRESS: P.O Box 143

CITY/STATE/ZIP: Winthrop Harbor Ill 60096-0143

PHONE NUMBER: (708) 372-9680

CASE NUMBER:

_____    Nov 2 2007
SignatureDate