AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

Stanley Brzozowski
P.O Box 143
Winthrop Harbor Ill
60096-0143      Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

Piotr W. ZDRZAIKA
Violetta ZDRZAIKA
(AKA) Violetta DIERI
(AKA) Violetta Pierzchawka

CASE NUMBER: **07C 6201**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE: **JUDGE KENNELLY**

MAGISTRATE JUDGE NOLAN

TO: (Name and address of Defendant)

Piotr W. ZDRZAIKA
320 Redfield
Park, Ridge Ill

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Stanley Brzozowski
P.O Box 143
Winthrop Harbor Ill 60096-0143

an answer to the complaint which is herewith served upon you within ____30____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

NOV 0 2 2007
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                 Date                    Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 11-4-07 |
| NAME OF SERVER (PRINT) LEONARD HOCHLEUTNER | TITLE SERVER |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 320 REDFIELD PARK RIDGE, IL
In his hand personally to Piotr W. ZDRZALKA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

FILED
NOV 8 2007
NOV X 8 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11-4-07  _Leonard Hochleutner_
              Date        Signature of Server

2622 N. THATCHER Ave
RIVER GROVE IL 60171
Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



LENARd Hochleatner Serving Piotr W. ZDRZAlKA
The papers of The Summons-Complaint
At 320 Redfield ParkRidge Ill, His Home
on Nov 4, 2007 At 8:38 Am