**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                       Case Number: 07 CV 6201
Stanely Brzozowski
      Plaintifff,
v.
Piotr W. Zdrzalka; Violetta Zdrzalka (aka Violetta Pierchawaka; Violetta Pierzchawka)

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Peter W. Zdrzalka and Violetta Zdrzalka

| |
|---|
| NAME (Type or print)<br>Danny L. Worker |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/ Danny L. Worker |
| FIRM<br>Lewis Brisbois Bisgaard & Smith LLP |
| STREET ADDRESS<br>550 W. Adams, Suite 300 |
| CITY/STATE/ZIP<br>Chicago, IL 60661 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06195554 | TELEPHONE NUMBER<br>(312) 345-1718 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ |