UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Stanley Brzozowski | ) | |
| Plaintiff, | ) ) ) | NO. 07 CV 6201 |
| Piotr W. Zdrzalka; Violetta Zdrzalk (aka Violetta Pierzchawka; aka Violetta Pierzchawka) | ) ) ) ) ) | Honorable Matthew F. Kennelly |
| Defendants. | ) ) ) ) ) ) ) ) | **DEFENDANTS NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO F.R.C.P. SECTION 12(b)(1) AND 12(b)(6); MEMORANDUM OF POINTS AND AUTHORITIES** |

### NOTICE OF FILING

PLEASE TAKE NOTICE THAT ON November 26, 2007, the undersigned filed electronically with the Clerk of the United Stated District Court the foregoing Notice of Filing. Notice of this filing will be sent to all attorneys of record by operation of the court's electronic filing system. Parties may access this filing through the court's system.

Dated: November 26, 2007.

        Respectfully submitted,

        **LEWIS BRISBOIS BISGAARD & SMITH**

          /s/ Danny L. Worker
        By:  One of Its Attorneys

Danny L. Worker
James B. Tobin
Brooke M. Rotstein
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
550 West Adams Street, Suite 300
Chicago, Illinois  60661
ARDC No. 06195554
ARDC No. 06196844
ARDC No. 6282903

4831-7727-2322.1