# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6201 | **DATE** | 11/27/2007 |
| **CASE TITLE** | Brzozowski vs. Zkrzalka, et al. | | |

**DOCKET ENTRY TEXT**

Defendants are advised that their motion to dismiss will be stricken unless it is noticed for presentment in open court as required by Northern District of Illinois Local Rule 5.3(b).

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|