## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6201 | **DATE** | 11/27/2007 |
| **CASE TITLE** | Brzozowski vs. Zdrzaika | | |

**DOCKET ENTRY TEXT**

The *pro se* plaintiff in this case has filed suit against two individuals alleging that he was falsely arrested based on a complaint they made to the Chicago police, and that as a result over $100,000 worth of property was taken from him. This is a state-law claim that may be filed in federal court only if the plaintiff (who lives in Illinois) is a citizen of a different state from all of the defendants. *See* 28 U.S.C. § 1332(a). Unless plaintiff can truthfully allege that he and the defendants are citizens of different states, the case may be filed only in state court. Plaintiff is ordered to show cause in writing, by 12/10/07, why the case should not be dismissed for lack of federal subject matter jurisdiction.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|