UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Stanley Brzozowski | ) | |
| | ) | |
| Plaintiff, | ) | NO. 07 CV 6201 |
| | ) | |
| Piotr W. Zdrzalka; Violetta Zdrzalk (aka Violetta Pierzchawka; aka Violetta Pierzchawka) | ) ) ) | Honorable Matthew F. Kennelly |
| | ) | |
| Defendants. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE BY ELECTRONIC MEANS**

I, Danny L. Worker, an attorney, hereby certify that on November 28, 2007, service of the **Motion to Dismiss Plaintiff's Complaint Pursuant to F.R.C.P. Section 12(b)(1) and 12(b)(6)** was accomplished via the court's ECF filing system.

/s/ Danny L. Worker

Danny L. Worker
James B. Tobin
Brooke M. Rotstein
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
550 West Adams Street, Suite 300
Chicago, Illinois  60661
ARDC No. 6195554
ARDC No. 6196844
ARDC No. 6282903