UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Stanley Brzozowski | ) | |
| | ) | |
| Plaintiff, | ) | NO. 07 CV 6201 |
| | ) | |
| Piotr W. Zdrzalka; Violetta Zdrzalk (aka | ) | Honorable Matthew F. Kennelly |
| Violetta Pierzchawka; aka Violetta | ) | |
| Pierzchawka) | ) | |
| | ) | |
| Defendants. | ) | **DEFENDANTS MOTION FOR LEAVE** |
| | ) | **TO FILE ADDITIONAL APPEARANCE** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

## MOTION FOR LEAVE TO FILE ADDITIONAL APPEARANCES

NOW COME the Defendants, Piotr W. Zdrzalka; Violetta Zdrzalk (aka Violetta Pierzchawka; aka Violetta Pierzchawka), by and through their attorney, Danny L. Worker of Lewis Brisbois Bisgaard & Smith, and moves this Honorable Court for an order granting Brooke M. Rotstein and James B. Tobin, attorneys at Lewis Brisbois Bisgaard & Smith, to appear on behalf of Piotr W. Zdrzalka; Violetta Zdrzalk (aka Violetta Pierzchawka; aka Violetta Pierzchawka) as additional counsel and in support thereof states as follows:

WHEREFORE, the Defendants, Piotr W. Zdrzalka; Violetta Zdrzalk (aka Violetta Pierzchawka; aka Violetta Pierzchawka), move this Honorable Court for an order granting the law firm of Lewis Brisbois Bisgaard & Smith, through its attorneys Brooke M. Rotstein and James B. Tobin, to appear on behalf of Piotr W. Zdrzalka; Violetta Zdrzalk (aka Violetta Pierzchawka; aka Violetta Pierzchawka) as additional counsel.

Respectfully submitted,

**LEWIS BRISBOIS BISGAARD & SMITH**


_____/s/ Danny L. Worker_____
By: One of Its Attorneys


Danny L. Worker
James B. Tobin
Brooke M. Rotstein
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
550 West Adams Street, Suite 300
Chicago, Illinois 60661
ARDC No. 06195554
ARDC No. 06196844
ARDC No. 6282903