UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Stanley Brzozowski | ) | |
| | ) | |
| Plaintiff, | ) | NO. 07 CV 6201 |
| | ) | |
| Piotr W. Zdrzalka; Violetta Zdrzalk (aka Violetta Pierzchawka; aka Violetta Pierzchawka) | ) ) ) | Honorable Matthew F. Kennelly |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, December 11, 2007 at 9:30 a.m., we shall appear before the Honorable Matthew F. Kennelly, or any judge sitting in his stead, in Courtroom 2103 of the United States District Court for the Northern District of Illinois, Eastern, Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present our **Motion for leave to file Additional Appearances.**

A copy of which is hereby served upon you.

Dated:  December 5, 2007.

                        Respectfully submitted,

                        **LEWIS BRISBOIS BISGAARD & SMITH**

                           /s/ Danny L. Worker
                        By:  One of Its Attorneys

Danny L. Worker
James B. Tobin
Brooke M. Rotstein
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
550 West Adams Street, Suite 300
Chicago, Illinois  60661
ARDC No. 06195554
ARDC No. 06196844
ARDC No. 6282903

4811-0719-0530.1