UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Stanley Brzozowski ) | |
| ) | |
| Plaintiff, ) | NO. 07 CV 6201 |
| ) | |
| Piotr W. Zdrzalka; Violetta Zdrzalk (aka ) | Honorable Matthew F. Kennelly |
| Violetta Pierzchawka; aka Violetta ) | |
| Pierzchawka) ) | |
| ) | |
| Defendants. ) | **DEFENDANTS NOTICE OF MOTION** |
| ) | **AND MOTION TO DISMISS** |
| ) | **PLAINTIFF'S COMPLAINT PURSUANT** |
| ) | **TO F.R.C.P. SECTION 12(b)(1) AND** |
| ) | **12(b)(6); MEMORANDUM OF POINTS** |
| ) | **AND AUTHORITIES** |

**AMENDED NOTICE OF FILING**

PLEASE TAKE NOTICE THAT ON December 11, 2007, the undersigned filed electronically with the Clerk of the United Stated District Court the foregoing Amended Notice of Filing.  Notice of this filing will be sent to the pro se attorney via U. S. mail.  Parties may access this filing through the court's system.

Dated: December 11, 2007.

                                                Respectfully submitted,

                                                **LEWIS BRISBOIS BISGAARD & SMITH**

                                                    /s/ Danny L. Worker
                                                By:  One of Its Attorneys

Danny L. Worker
James B. Tobin
Brooke M. Rotstein
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
550 West Adams Street, Suite 300
Chicago, Illinois  60661
ARDC No. 06195554
ARDC No. 06196844
ARDC No. 6282903

4817-6137-1394.1