## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6201 | **DATE** | 12/11/2007 |
| **CASE TITLE** | Brozozowski vs. Zkrzalka | | |

**DOCKET ENTRY TEXT**

Hearing held on motion to dismiss. Motion is entered and continued pending receipt of plaintiff's response to this Court's order of 11/27/2007. Motion to file additional appearances is granted.

00:10

| | Courtroom Deputy Initials: | OR |
|---|---|---|

Case 1:07-cv-06201   Document 21   Filed 12/11/2007   Page 1 of 1

07C6201 Brozozowski vs. Zkrzalka                                                                                     Page 1 of 1