# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6201 | **DATE** | 1/3/2008 |
| **CASE TITLE** | Brzozowski vs. Zdrzalka, et al. | | |

**DOCKET ENTRY TEXT**

On 11/27/07, the Court entered an order noting that federal subject matter jurisdiction over this case appeared to be lacking, and directing plaintiff to show cause in writing, on or before 12/10/07, why the case should not be dismissed for lack of subject matter jurisdiction. Plaintiff has not responded to the Court's order and has not sought an extension of time. The Court finds that subject matter jurisdiction is lacking and therefore directs the Clerk to enter judgment dismissing the case for lack of jurisdiction. Defendants' motion to dismiss is terminated as moot [docket no. 8].

Docketing to mail notices.
*Mail AO 450 form.

| | Courtroom Deputy Initials: | mk |
|---|---|---|