# United States District Court

## Northern District of Illinois

Eastern Division

Brzozowski                                                           **JUDGMENT IN A CIVIL CASE**

         v.                                                          Case Number: 07 C 6201

Zdrzalka

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the Court finds that subject matter jurisdiction is lacking. Judgment is entered dismissing the case for lack of jurisdiction.

                                                         Michael W. Dobbins, Clerk of Court

Date: 1/3/2008                                         _____
                                                              /s/ Olga Rouse, Deputy Clerk